**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| REALTIME ADAPTIVE STREAMING LLC, | § § § | |
| v. | § § | **LEAD** Case No. 6:17-cv-00591-JRG |
| CISCO SYSTEMS, INC., et al. | § § | |
| REALTIME ADAPTIVE STREAMING LLC, | § § § | |
| v. | § § § | **Consolidated** Case No. 6:17-cv- 00549-JRG |
| AMAZON.COM, INC., AMAZON DIGITAL SERVICES, INC., AND AMAZON DIGITAL SERVICES, LLC. | § § § § | |

**ORDER OF DISMISSAL OF
AMAZON DIGITAL SERVICES, INC. WITHOUT PREJUDICE**

Before the Court is the Stipulation of Dismissal of Amazon Digital Services, Inc. Without Prejudice submitted by Plaintiff Realtime Adaptive Streaming LLC and Defendants Amazon.com, Inc., Amazon Digital Services, Inc., and Amazon Digital Services, LLC ("the Motion") (Dkt. No. 55).

Pursuant to stipulation of the Parties, it is hereby **ORDERED** that Defendant Amazon Digital Services, Inc. is dismissed from this action without prejudice.

**So ORDERED and SIGNED this 28th day of February, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE